No. 575. ALGEMENE KUNSTZIJDE UNIE N. V. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *George E. Cleary, Gaylord Davis* and *Silas G. Bernard* for petitioner. *Solicitor*

General Sobeloff, Assistant Attorney General Holland, Marvin E. Frankel, Harry Baum and Joseph F. Goetten for the United States.